UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
: 
STRIKE 3 HOLDINGS, LLC, :
: Case No. 1:23-cv-01028-NGG-RER
Plaintiff, :
:
vs. :
:
JOHN DOE subscriber assigned IP address :
24.193.207.51, :
:
Defendant. :
---------------------------------------------------------------X

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
<u>**WITHOUT PREJUDICE OF JOHN DOE**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 24.193.207.51, are voluntarily dismissed without prejudice.

Dated: August 21, 2023                                Respectfully submitted,

                                                                 THE ATKIN FIRM, LLC

                                                                 By: /s/ *John C. Atkin*
                                                                 John C. Atkin, Esq.
                                                                 400 Rella Blvd., Ste. 165
                                                                 Suffern, NY 10901
                                                                 Tel: (973) 314-8010
                                                                 Fax: (833) 693-1201
                                                                 JAtkin@atkinfirm.com
**So Ordered.**                                                   *Attorneys for Plaintiff*
s/Nicholas G. Garaufis

Hon. Nicholas G. Garaufis
Date: 2/8/24

1